

CO-386-online
FILED 10/03

# United States District Court
# For the District of Columbia

APR - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PORTALS HOTEL SITE, LLC  )
d/b/a Mandarin Oriental, Washington D.C.  )
)
)          Plaintiff  )    Civil
vs  )
)
Randolph Montana Quon  )
)
)          Defendant  )

CASE NUMBER  1:06CV00646

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Contract

DATE STAMP: 04/07/2006

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Portals Hotel Site, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Portals Hotel Site, LLC__ which have any outstanding securities in the hands of the public:

Mandarin Oriental International Limited

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Mark Fox Evens_ (signature)
Signature

343723
BAR IDENTIFICATION NO.

Mark Fox Evens
Print Name

701 Eighth Street, N.W.
Address

Washginton   D.C.        20001
City         State       Zip Code

202-508-4000
Phone Number