IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PORTALS HOTEL SITE, LLC <br> d/b/a Mandarin Oriental, Washington D.C. <br><br> Plaintiff, <br><br> v. <br><br> RANDOLPH MONTANA QUON <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:06-cv-00646-CKK <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please take notice that Sara R. Pikofsky, of the law firm of Thelen Reid & Priest LLP, hereby enters her appearance on behalf of the Plaintiff, Portals Hotel Site, LLC d/b/a Mandarin Oriental, Washington D.C.

Dated: August 17, 2006

                                                                   /s/
Sara R. Pikofsky, D.C. Bar No. 485948
Thelen Reid & Priest, LLP
701 Eighth Street, N.W.
Washington, DC  20001
Telephone:	(202) 508-4000
Facsimile:	(202) 654-4321

*Counsel for Plaintiff*

Of Counsel:
Byron L. Pickard
Teresa J. Bryan
Thelen Reid & Priest, LLP
701 Eighth Street, N.W.
Washington, DC  20001
Telephone:	(202) 508-4000
Facsimile:	(202) 654-4321