IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PORTALS HOTEL SITE, LLC<br>d/b/a Mandarin Oriental, Washington D.C.<br><br>Plaintiff,<br><br>v.<br><br>RANDOLPH MONTANA QUON<br><br>Defendant. | Case No.: 1:06-cv-00646-CKK |

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that Plaintiff, Portals Hotel Site, LLC d/b/a Mandarin Oriental, Washington D.C., by counsel and pursuant to Federal Rule of Civil Procedure 40(a), hereby voluntarily dismisses this action without prejudice.  No adverse party has served an answer or motion for summary judgment.

Dated: August 17, 2006

           /s/
Sara R. Pikofsky, D.C. Bar No. 485948
Thelen Reid & Priest, LLP
701 Eighth Street, N.W.
Washington, DC  20001
Telephone:     (202) 508-4000
Facsimile:     (202) 654-4321
*Counsel for Plaintiff*

Of Counsel:
Byron L. Pickard
Teresa J. Bryan
Thelen Reid & Priest, LLP
701 Eighth Street, N.W.
Washington, DC  20001
Telephone:     (202) 508-4000
Facsimile:     (202) 654-4321

DC #226857 v1